[No. 23307-0-II.    Division Two.    September 24, 1999.]

ROCHNE WEGDAHL, ET AL., *Appellants*, v. BRIAN JACOBSEN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 96-2-00903-3, Randolph Furman, J., entered May 13, 1998. *Affirmed in part* and *reversed in part* by unpublished opinion per Morgan, J., concurred in by Bridgewater, C.J., and Seinfeld, J.

[No. 23377-1-II.    Division Two.    September 24, 1999.]

CAROL J. MCLEAN, *Appellant*, v. THE CITY OF TACOMA, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 94-2-10581-2, Frederick B. Hayes, J., entered May 1, 1998. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater, C.J., and Armstrong, J.

[No. 23489-1-II.    Division Two.    September 24, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD LESLIE HATFIELD, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 98-1-00375-8, Barbara D. Johnson, J., entered June 12, 1998. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater, C.J., and Seinfeld, J.

[No. 23963-9-II.    Division Two.    September 24, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN JAMES BALL, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 98-1-00561-5, Richard L. Brosey, J., entered November 4, 1998. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater, C.J., and Hunt, J. Now published at 97 Wn. App. 534.